WINIFRED CUNNINGHAM STRONG, as Successor Trustee of the Trusts Created in and by the Last Will and Testament of GEORGE W. TUCKER, Deceased, and as

Executrix, etc., of CHARLES A. TUCKER, Deceased, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Defendant, and GEORGE W. NEWGASS and Another, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.